Case 3:17-cv-00180   Document 57   Filed on 06/24/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 24, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| H&S CRANE SALES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:17-CV-00180 |
| | § | |
| AGCS MARINE INSURANCE COMPANY, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

On June 20, 2019, the Plaintiff and the Defendants filed a Joint Stipulation of Dismissal With Prejudice (Dkt. 56) pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Accordingly, it is hereby **ORDERED** that all claims asserted against any party in the above-captioned lawsuit are hereby **DISMISSED WITH PREJUDICE** to their being re-filed.

Each party shall bear its own attorneys' fees and costs.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Galveston, Texas, this 24th day of June, 2019.

George C. Hanks Jr.
United States District Judge